Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▢

Case: 1:25-cv-02819    JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/22/2025
Description: Pro Se Gen. Civ. (F-DECK)

SUSAN M. Hinkle

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

-v-

FBI-DOJ-DHS-CIA.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Susan Hinkle
Street Address   3615 W Wincowsin Ave
City and County  Florence  AZ. 85132.
State and Zip Code
Telephone Number  760 886-2808,
E-mail Address    Hinkle Susan.

movin to DC. Im IN
DC. Being hurt in DC.

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

RECEIVED

AUG 2 2 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

att:
Kash
Patel

Name                                    FBI
Job or Title *(if known)*
Street Address                          935 Pennsylvania Ave nw
City and County                         Washington, DC
State and Zip Code                      20535
Telephone Number                        202-324.3000
E-mail Address *(if known)*

Defendant No. 2

att:
PAM
Bordi
Peter
Hegseth

Name                                    Department of Justice
Job or Title *(if known)*
Street Address                          950 Pennsylvania Ave
City and County                         Washington DC
State and Zip Code                      DC 20530
Telephone Number                        202-514-2000
E-mail Address *(if known)*

Defendant No. 3

att:
Kristi
Noem

Name                                    Department of Homeland Security
Job or Title *(if known)*
Street Address                          300 7th St SW. Washington Dr.
City and County
State and Zip Code                      20024
Telephone Number
E-mail Address *(if known)*            202-282-8000

Defendant No. 4

att:
John
Ratcliffe

Name                                    CIA.
Job or Title *(if known)*
Street Address                          1000 Colonial
City and County                         Farm rd,
State and Zip Code                      McLean, VA.
Telephone Number                        22101
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Eighth Amendment nations Convention Fifth Amendment. against Torture Fourteenth Amendment.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

       The plaintiff, *(name)* Susan M. Hinkle , is a citizen of the State of *(name)* _____

    b.    If the plaintiff is a corporation

       The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

       The defendant, *(name)* N/A , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

It should Be more!!

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

Rough Draft file Befor I'm Dead

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. In my eyes there is no amount of money that would ever Be enough The court will need to help!

cute, Burns, Torture, rape, Human trafficking, Poisoned Targeted, Followed, TASed, For years!!

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. *Im Homeless IN DC But looking For a place. I will call the court weekly!*

Date of signing:   *Aug 21, 25*

Signature of Plaintiff   *[signature]*

Printed Name of Plaintiff   *SUSAN Hinkle*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____